UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01299-JLS-DFM                          Date: March 26, 2026
Title:  Mardiros Tchatlian v. Markwayne Mullin et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

                Kelly Davis                                              N/A
              Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

        Not Present                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 2)**

Before the Court is an Application for Temporary Restraining Order ("TRO") filed by *pro se* Petitioner Mardiros Tchatlian.  (App., Doc. 2.)  Petitioner is currently in Immigration and Customs Enforcement ("ICE") detention in Adelanto, California. (Petition at 1, Doc. 1.)  Petitioner entered the United States in 1989 when he was 15 years old.  (*Id.* at 9.)  He was ordered removed in 2020 and detained by immigration officials for two years, but his removal could not be effectuated.  (*Id.* at 9.)

On December 17, 2025, Petitioner was re-detained by ICE.  (*Id.*)  Petitioner filed the instant TRO Application on March 18, 2026, seeking his immediate release from custody.  (App.)  Petitioner argues that his detention violates his due process rights.  (*Id.* at 2.)  Petitioner further provides that he is suffering irreparable harm due to his continued detention, and that granting a TRO to prevent the violation of his constitutional rights far outweighs the government's interest in his detention.  (*Id.*)  The Court ordered Respondents to respond no later than March 26, 2026.  (Order Setting Briefing Schedule, Doc. 4.)  On March 26, 2026, Respondents filed a response, which stated, "Petitioner [seeks] an order requiring Respondents to release Petitioner from immigration detention. . . .  Respondents are not presenting an opposition argument."  (Response, Doc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01299-JLS-DFM                          Date: March 26, 2026
Title:  Mardiros Tchatlian v. Markwayne Mullin et al

6.)  The Court therefore concludes that Petitioner is entitled to an order requiring his immediate release from custody.[1]

For the above reasons, Petitioner's Motion is GRANTED.

- Respondents are ORDERED to release Petitioner forthwith, subject to the same conditions that were in effect before his re-detention.

- Respondents are temporarily ENJOINED from re-detaining Petitioner without notice of the reasons for the re-detention and without a pre-deprivation hearing before a neutral decisionmaker, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

- Because Petitioner is *pro se*, Petitioner is ORDERED to file with the Court a status report with his contact information following his release from detention.

- This Order shall remain in effect through **April 9, 2026**, unless the Court extends this period, before that date, and for good cause.  Fed. R. Civ. P. 65(b)(2).  If Respondents wish to further brief the matter, they may file a further response no later than **March 31, 2026**.  Petitioner may reply no later than **April 3, 2026**.  The Court shall hold a hearing on **April 7, 2026 at 10:30 a.m. via Zoom**, as to why a preliminary injunction should not issue.[2]

Initials of Deputy Clerk: kd

---

[1] The Court further concludes that no security is required under Federal Rule of Civil Procedure 65(c).

[2] The parties may seek to extend these deadlines by stipulation.