# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARDIROS TCHATLIAN, <br><br> Petitioner, <br><br> v. <br><br> MARKWAYNE MULLIN et al, <br><br> Respondents. | Case No. 5:26-cv-01299-JLS-DFM <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.  IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.

2. The Petition for Writ of Habeas Corpus is GRANTED in part.

///
///
///
///
///
///

3.      Respondents, their officers, agents, employees, attorneys, and other persons who are in active concert or participation therewith are ENJOINED from arresting or re-detaining Petitioner without written notice provided to Petitioner and his counsel, if any, and a pre-deprivation hearing before a neutral arbiter to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

Date:  June 29, 2026

JOSEPHINE L. STATON
United States District Judge

2