JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARDIROS TCHATLIAN,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al,<br><br>Respondents. | Case No. 5:26-cv-01299-JLS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.      The Petition for Writ of Habeas Corpus is GRANTED in part.

///
///
///
///
///
///
///
///
///

2.	Respondents, their officers, agents, employees, attorneys, and other persons who are in active concert or participation therewith are ENJOINED from arresting or re-detaining Petitioner without written notice provided to Petitioner and his counsel, if any, and a pre-deprivation hearing before a neutral arbiter to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

Date: June 29, 2026

JOSEPHINE L. STATON
United States District Judge

2